UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

313 46th Street, Inc.,

    Debtor.
-------------------------------------------------------------------x

Case No 25-44150

Chapter 11

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-2 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Kevin Toole, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: December 29, 2025
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674

    By: /s/ Kevin Toole
    Kevin Toole, Esquire

24-227201 - KeT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

313 46th Street, Inc.,

   Debtor.
-----------------------------------------------------------------x

Case No 25-44150

Chapter 11

# CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on December 29, 2025, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DAHIYA LAW OFFICES LLC
DAHIYA LAW OFFICES LLC
75 MAIDEN LANE, STE 606
NEW YORK, NY  10038

313 46TH STREET, INC.
2127 FLATBUSH AVENUE
BROOKLYN, NY  11234

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN), ALEXANDER HAMILTON CUSTOM HOUSE, ONE BOWLING GREEN, ROOM 510
NEW YORK, NY  10004-1408


Dated: December 29, 2025
Westbury, NY

24-227201 - KeT

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:    (516) 280-7674

By: /s/ Kevin Toole
Kevin Toole, Esquire